UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :
                                  :    Hon. Jose L. Linares
            v.                    :
                                  :    No. 08-cr-0622
                                  :
SHEROD BROWN                      :    ORDER FOR CONTINUANCE

      An indictment charging defendant with one count of being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g), having been filed on September 11, 2008; and defendant Sherod Brown having been represented by Patrick McMahon, AFPD; and no bail having been set by the Court; and defendant and his counsel being aware that a trial must be held within 70 days of the filing of the indictment on these charges, pursuant to Title 18, United States Code, Section 3161(b); and one continuance having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A) so that the parties could attempt to reach a plea agreement and thereby avoid a possible trial; the Government and defendant hereby request a second continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the time necessary to afford the parties the opportunity to reach a plea agreement which would thereby render trial of this matter unnecessary;

      IT IS on this _15th_ day of April, 2009

ORDERED that from the date this Order is entered, to and including May 8, 2009, shall be excluded in calculating the time within which a trial must be held under the Speedy Trial Act for the following reasons:

1.   Plea negotiations currently are in progress, and both the United States and defendant desire additional time to negotiate pleas in Court, which would thereby render trial of this matter unnecessary.

2.   Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

_____
HONORABLE JOSE L. LINARES
United States District Judge