UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :
                          :  Hon. Jose L. Linares
         v.               :
                          :  No. 08-cr-0622
                          :
SHEROD BROWN              :  ORDER FOR CONTINUANCE

An indictment charging defendant with one count of being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g), having been filed on September 11, 2008; and defendant Sherod Brown having been represented by Patrick McMahon, AFPD; and no bail having been set by the Court; and defendant and his counsel being aware that a trial must be held within 70 days of the filing of the indictment on these charges, pursuant to Title 18, United States Code, Section 3161(b); and three continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A) so that the parties could attempt to reach a plea agreement and thereby avoid a possible trial; the Government and defendant hereby request a fourth continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the time necessary to afford the parties the opportunity to reach a plea agreement which would thereby render trial of this matter unnecessary;

IT IS on this ___1st___ day of June, 2009

ORDERED that from the date this Order is entered, to and including August 17, 2009, shall be excluded in calculating the time within which a trial must be held under the Speedy Trial Act for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and defendant desire additional time to negotiate pleas in Court, which would thereby render trial of this matter unnecessary.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS FURTHER ORDERED that the Order for Discovery and Inspection is hereby amended as follows:

1. Pretrial motions filed by June 22, 2009;
2. Opposition due by June 29, 2009;

3. Motions hearing date to be scheduled by the Court;

4. Trial date to be scheduled by the Court.

SO ORDERED.

SEEN AND AGREED:

_____
Rodney Villazor
Assistant U.S. Attorney

_____
Patrick McMahon, Esq.
Counsel for Sherod Brown

_____
HONORABLE JOSE L. LINARES
United States District Judge