2006R00505/LMC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :    Hon. Jose L. Linares

        v.                           :    Crim. No. 08-622 (JLL)

SHAROD BROWN                  :    <u>ORDER FOR DISMISSAL</u>

        Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 08-622 (JLL), against defendant Sharod Brown, charging the defendant with knowingly possessing in and affecting commerce a firearm and ammunition after having been convicted of a felony, in violation of Title 18, United States Code, Section 922(g)(1), because further prosecution is not in the interests of the United States at this time.

        This dismissal is without prejudice.

*[signature: Paul J. Fishman]*
PAUL J. FISHMAN
United States Attorney

        Leave of Court is granted for the filing of the foregoing dismissal.

*[signature]*
HON. JOSE L. LINARES
United States District Judge

Dated: January 11, 2010.